United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 12, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 06-50511
_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

LEONARDO ARAGON-REYNA

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, Austin
----------------------

Before DAVIS, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that the Appellee's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed motion to remand case to district court for re-sentencing is GRANTED.

IT IS FURTHER ORDERED that the Appellee's unopposed alternative motion to extend time to file Appellee's brief until 30 days after Court's denial of motion to vacate and remand is DISMISSED AS MOOT.

_____

[*]Pursuant to 5ᵀᴴ CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.